**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-2205**

LARRY O. EASTER,

Plaintiff - Appellant,

versus

US DEPARTMENT OF HEALTH AND HUMAN SERVICES;

Defendant - Appellee,

COMMONWEALTH OF VIRGINIA; VIRGINIA DEPARTMENT OF CORRECTIONS; VIRGINIA PAROLE BOARD; VIRGINIA STATE CORPORATION COMMISSION; VIRGINIA STATE BAR; VA COMMONWEALTH'S ATTORNEY OFFICE; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA; UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT; UNITED STATES DEPARTMENT OF THE INTERIOR; NEWPORT NEWS COMMONWEALTH'S ATTORNEY OFFICE; NEWPORT NEWS CIRCUIT COURT; CITY OF NEWPORT NEWS POLICE DEPARTMENT; CITY OF NEWPORT NEWS, VIRGINIA; VA BEACH CIRCUIT COURT; WILLIAMSBURG CIRCUIT COURT; COLONIAL SERVICES CORPORATION; YORK CIRCUIT COURT; YORK COMMONWEALTH'S ATTORNEY OFFICE; VIRGINIA PENINSULA REGIONAL JAIL; THE COLONIAL WILLIAMSBURG FOUNDATION; GOVERNMENT EMPLOYEES INSURANCE COMPANY; LOUIS J. RICHMAN; KIM M. IMBROGNO; WILLIAM S. NEWSOME,

Defendants - Appellees,

and

JOHN W. APPLEFORD,

Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Henry Coke Morgan, Jr., Senior District Judge. (4:05-cv-00162-HCM)

Submitted: March 22, 2007                    Decided: March 27, 2007

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Larry O. Easter, Appellant Pro Se. George Maralan Kelley, III, Assistant United States Attorney, Norfolk, Virginia; Mikie F. Melis, Richard Carson Vorhis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Samuel Lawrence Dumville, NORRIS & ST. CLAIR, PC, Virginia Beach, Virginia; Allen Link Jackson, Deputy City Attorney, Newport News, Virginia; Robert Allen Small, DAVID, KAMP & FRANK, Newport News, Virginia; James Phillip Naughton, James Richard Theuer, HUNTON & WILLIAMS, Norfolk, Virginia; Benjamin Parrott Lynch, Jr., Suffolk, Virginia; Richard Y. Atlee, HALL, FOX & ATLEE, PC, Hampton, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry O. Easter appeals the district court's orders dismissing his civil action and motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.[*] Easter v. Virginia, No. 4:05-cv-00162-HCM (E.D. Va. Sept 5, 2006; Oct. 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]Although this court has been named as a defendant-appellee in this action, we exercise our discretion to decide the appeal pursuant to the Rule of Necessity. United States v. Will, 449 U.S. 200, 211-17 (1980).